# **ORDER FOR SERVICE**

DATE: May 14, 2010
CIVIL ACTION NO. 10-2262

TO: SHERIFF OF BUCKS COUNTY

FROM:

Charles J. Kocher, Esquire
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

WRIT AND/OR
***COMPLAINT***
ASSUMPSIT
TRESPASS
EQUITY
DIVORCE

THOMAS CARROLL, KIMBERLY BAKER, on
Behalf of themselves and all others similarly situated,

    Plaintiff

  v.

WILLIAM STETTLER, III, ET AL.

    Defendants

SERVE AT: (If R.D. Address must include specific instructions, also must have Apt. Number and Apt. Bldg. Number)

STREET    —   Imani Enterprises

POST OFFICE _   21 Easter Lane

    Levittown, PA 19054

TOWNSHIP __

SPECIAL INSTRUCTIONS: (Use other side if necessary)

SERVICE WAS NOT MADE BECAUSE

CV-01(06/02)



# BUCKS COUNTY SHERIFF'S RETURN

Bucks County Case # 201031367

Invoice to be mailed to
County Sheriff's Office

Attn: CHARLES J KOCHER, ESQ
1650 MARKET ST 52ND FLOOR
PHILA, PA 19103

CHARLES J KOCHER, ESQ

Special Instructions

Notes

---

Filed 5/14/2010 in ATTY
Bucks Case # 201031367 Rec'd 6/9/2010
Special Instructions **NOT A 30 ~~DAY~~ PAPER**

Action Civil Action COMPLAINT
Plaintiff THOMAS CARROLL
- VS - KIMBERLY BAKER
Defendant IMANI ENTERPRISES
ANNA SOCARRAS
21 EASTER LANE
LEVITTOWN, PA 19054

Address Served if Different

(Served) under Pa. R.C.P. #402
___ (A) (i) Defendant personally served
✓ (A) (2) (i) Family Member
___ (A) (2) (i) Adult in Charge of Residence
___ (A) (2) (ii) Manager/Clerk at Deft's Lodging
___ (A) (2) (iii) Person in Charge of Business  BLK/F
By Handling to LOUIS WHARTON   YELLOW TANK TOP
MOTHER
___ By Posting

**Not Served**
___ 30 Days Ran Out        ___ Defendant Not Home
___ Defendant Moved        ___ Address Vacant
___ Defendant Unknown      ___ Deputy needs better address
___ Checked Post Office    ___ No Forwarding
___ Forwarding Address

(Twp.)/~~Boro~~ FALLS
By Deputy [signature] #5
Witness
At 1121 o'clock (AM)/~~PM~~ on 10 JUN 10

The above document was served ~~not served~~ on the defendant as per information listed above in the County of Bucks, Commonwealth of Pennsylvania.
So answers: [signature]
Sheriff of Bucks County

Affirmed and Subscribed before me on this day ___/___/___

Prothonotary
Affirmed and subscribed before me on this day ___/___/___

Notary Public
My Com. Exp.

6/9/10
1146
1001

6-11-10
1805
6-24-10
1147