IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS CARROLL, et al. : CIVIL ACTION
:
:
v. :
:
WILLIAM STETTLER, III, :
et al. : NO. 10-2262

ORDER

AND NOW, this 12th day of November, 2010, upon consideration of the defendants MJD Investments, LLC and Michael DeBronzo's Motion to Dismiss Plaintiffs' Complaint (Docket No. 17), the opposition, and reply thereto, and defendants Rabbit2007, Inc. and Ian Virgin's Motion to Dismiss Plaintiffs' Complaint (Docket No. 193), and the opposition thereto, and for the reasons set forth in a memorandum of today's date, IT IS HEREBY ORDERED that said motions are DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
Mary A. McLaughlin, J.