```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS CARROLL, et al.         :    CIVIL ACTION
                               :
                               :
        v.                     :
                               :
WILLIAM STETTLER, III,         :
et al.                         :    NO. 10-2262
```

ORDER

AND NOW, this 19th day of October, 2011, upon consideration of the plaintiffs' Motion for Class Certification (Docket No. 307), and the supporting exhibits thereto, IT IS HEREBY ORDERED, for the reasons stated in the accompanying memorandum bearing today's date, that the motion is GRANTED.  IT IS FURTHER ORDERED that:

1.  The following class is certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

> All persons or entities who invested with Gaddel Enterprises Inc. ("Gaddel") since April 2006 and incurred a net loss (the "Class").  Excluded from the Class are Defendants, Gaddel, any of their officers, employees, or affiliates.

2.  The class-wide issues are as follows:

a.  whether the defendants received funds from Gaddel;

b.  whether the transfers of funds by Gaddel to the defendants were made with the actual intent to hinder, delay, and defraud the plaintiffs and the Class;

c.  whether the transfers of funds by Gaddel to the defendants were made without reasonably equivalent value in exchange for the transferred funds;

      d.    whether any or all of the defendants can establish, as an affirmative defense, that they are good faith transferees within the meaning of PUFTA, 12 Pa. Cons. Stat. § 5108;

      e.    the proper measure of relief to remedy the harm suffered by the plaintiffs and the Class; and

      f.    whether the defendants have been unjustly enriched at the expense of the plaintiffs and the Class.

3.    Plaintiffs Thomas Carroll and Kimberly Baker are certified as class representatives.

4.    Saltz Mongeluzzi Barrett & Bendesky, P.C. and Cafferty Faucher LLP are appointed as class counsel pursuant to Federal Rule of Civil Procedure 23(g).

5.    Within 30 days of the date of this Order, the parties shall submit an agreed upon proposed notice program and forms of notice to class members.  If the parties are unable to agree as to the proposed notice program and/or forms of notice, they shall submit separate proposals.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.