IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS CARROLL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM STETTLER, III, | : | |
| et al. | : | NO. 10-2262 |

ORDER

AND NOW, this 10th day of August, 2012, upon consideration of the plaintiffs' unopposed Motion for Default Judgment (Docket No. 496), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. The motion is DENIED as to ADO Investment Corp. because the Clerk of Court has not entered default against it. Furthermore, pursuant to Rule 4(m), the Court will dismiss the action against ADO without prejudice unless the plaintiffs demonstrate proof of service as to this defendant on or before September 1, 2012.

2. The motion is DENIED WITHOUT PREJUDICE as to Fausto V. Santana, as to whom the matter remains in civil suspense.

3. The motion is DENIED as to defendant Stephen Cuspilich, who responded to the complaint by sending the court a letter within 21 days of being served. Default as to Mr.

Cuspilich, which was entered on October 12, 2010, is hereby VACATED.

       4.   The motion is GRANTED as to all other Defaulted Defendants.

       The Court does not now decide the amount of damages for which to enter judgment by default.  The plaintiffs shall submit admissible evidence as to the amount of recoverable damages on or before September 10, 2012.  The Court notes that it would be interested in seeing exactly how the amounts are calculated.

BY THE COURT:

/s/ Mary A. McLaughlin
Mary A. McLaughlin, J.