IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS CARROLL, et al.          :      CIVIL ACTION
                                :
          v.                    :
                                :
                                :
WILLIAM STETTLER, III et al.    :      NO. 10-2262


ORDER

          AND NOW, this 18th day of April, 2013, upon

consideration of the plaintiffs' Motion for Summary Judgment

(Docket No. 501), the oppositions in response filed by

defendants James Martin and Troy McClain (Docket Nos. 512 and

537), and the plaintiffs' reply and supplemental memoranda

thereto, and following oral argument on March 13, 2013, IT IS

HEREBY ORDERED, for the reasons stated in a memorandum of law

bearing today's date, that the motion is GRANTED in part and

DENIED in part.

          The Court denies the plaintiffs' motion in its

entirety as to defendants James Martin, Chantel Martin, Martin

Marketing, Troy McClain, and Troy McClain Rental Enterprises,

Inc.  The Court grants the motion in its entirety as to

defendants Albin E. Delgado and Albinator Enterprises, Inc.  It

reserves judgment on the motion as to the remaining defendants.

Judgment is hereby ENTERED in favor of the plaintiffs and against defendants Albin E. Delgado and Albinator Enterprises, Inc.

BY THE COURT:


 /s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.