```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS CARROLL, et al.          :    CIVIL ACTION
                                :
          v.                    :
                                :
                                :
WILLIAM STETTLER, III et al.    :    NO. 10-2262
```

ORDER

AND NOW, this 30th day of May, 2013, upon consideration of the plaintiffs' Motion for Summary Judgment (Docket No. 501), the defendants' oppositions in response, and the plaintiffs' reply and supplemental memoranda thereto, and following oral argument on March 13, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED in part and DENIED in part as follows:

1. Judgment is entered in favor of the plaintiffs and the class, and against defendant Accu-Tax Inc., in the amount of $50,550.

2. Judgment is entered in favor of the plaintiffs and the class, and against defendant Hilvania DeJesus, in the amount of $11,010.

3. Judgment is entered in favor of the plaintiffs and the class, and against defendant Angeliki Diamantis and

    defendant AD Investment Holdings, jointly and severally, in the amount of $96,750.

4. Judgment is entered in favor of the plaintiffs and the class, and against defendant Christina Diamantis, in the amount of $55,000.

5. Judgment is entered in favor of the plaintiffs and the class, and against defendant Christopher and Catherine McAstocker and defendant Edwin Investments, LLC, jointly and severally, in the amount of $107,000.

6. Judgment is entered in favor of the plaintiffs and the class, and against defendant Wayne Wisniewski and defendant Waynesfam2007 Inc., jointly and severally, in the amount of $6,000.

7. The Court DENIES the motion in its entirety as to defendants Ronald Batdorf, Executive REB, James Monaghan, and Executive Builders, LLC.

                      BY THE COURT:

                       /s/ Mary A. McLaughlin
                      MARY A. McLAUGHLIN, J.