IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS CARROLL, et al.         :    CIVIL ACTION
                               :
        v.                     :
                               :
                               :
WILLIAM STETTLER, III et al.   :    NO. 10-2262

ORDER

AND NOW, this 31st day of July, 2013, upon consideration of the plaintiffs' Motion for Summary Judgment (Docket No. 501), the defendant's opposition in response, and the plaintiffs' reply and supplemental memoranda thereto, and following oral argument on March 13, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED in part and DENIED in part. IT IS ALSO ORDERED THAT judgment is entered in favor of the plaintiffs and the class, and against defendant Penberthy & Penberthy, P.C., in the amount of $194,803.00.

BY THE COURT:


 /s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.